# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| PACIFIC BASIN HANDYMAX, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MC416-005 |
| | ) | |
| AGRIBUSINESS UNITED SAVANNAH LOGISTICS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Plaintiff's motion to compel production of defendant's responses to its interrogatories and requests for production of documents (doc. 10), which is unopposed, is **GRANTED**. *See* S.D. Ga. L. R. 7.5 (no response means no opposition).

**SO ORDERED,** this  2nd  day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA